UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

$13,000.00 UNITED STATES CURRENCY,

      Defendant.

20-CV-301-LJV
ORDER

---

## **DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

Upon the application of the plaintiff under Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons or entities known or thought to have an interest in or claim to the $13,000.00 United States currency ("defendant currency") have been given due notice of these proceedings, and no response to the plaintiff's motion having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED** that the plaintiff's motion for default judgment against the defendant currency, Docket Item 10, is GRANTED; and it is further

**ORDERED**, under 21 U.S.C. § 881(a)(6), that the defendant $13,000.00 United States currency is forfeited to the United States of America; and it is further

**ORDERED** that the United States Marshals Service shall dispose of the defendant currency in accordance with law; and it is further

**ORDERED** that any claims to the defendant currency are forever barred; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce this order and to amend it as necessary.

SO ORDERED.

Dated:   July 31, 2020
         Buffalo, New York

                                      */s/ Hon. Lawrence J. Vilardo*
                                      LAWRENCE J. VILARDO
                                      UNITED STATES DISTRICT JUDGE